# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY EMANUEL POLLARD, | CASE No. 1:11-cv-01059-MJS (PC) |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL OF ACTION |
| S.D. HASS, et al., | (ECF No. 16) |
| Defendants. | CLERK SHALL CLOSE CASE |

_____/

Plaintiff Jerry Emanuel Pollard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on June 17, 2011. (ECF No. 1.) On January 14, 2013, Plaintiff filed a notice with the Court asking that his Complaint be voluntarily dismissed. (ECF No. 16.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///

///

///

The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:    January 15, 2013              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE